FULTON TRUST COMPANY OF NEW YORK, as Committee of the Property of CLARA A. DOWNEY, an Incompetent Person, Plaintiff, *v.* SIXTY-SEVENTH STREET REALTY Co., INC., Appellant, Impleaded with MANUFACTURERS TRUST COMPANY, Respondent, and Others, Defendants.

PAUL R. GORDON, an Interested Party, Appellant

First Department, January 19, 1934.

*Isaac N. Jacobson* of counsel [*Paul R. Gordon*, attorney], for the appellants.

*Hastings S. Morse* of counsel [*Newman & Bisco*, attorneys], for the respondent.

O'MALLEY, J. For the reasons indicated in *Woman's Hospital* v. *Sixty-seventh St. R. Co., Inc. (ante,* p. 33), decided herewith, the order appealed from should be reversed, with twenty dollars costs and disbursements, and the motion denied, with ten dollars costs.

FINCH, P. J., MERRELL, MARTIN and UNTERMYER, JJ., concur.

Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs.